**Samuel J. TANNER,\* Respondent Below, Appellant,**

v.

**Teresa L. ALLEN, Petitioner Below, Appellee.**

**No. 162, 2016**

Supreme Court of Delaware.

Submitted: September 28, 2016

Decided: October 21, 2016

Reargument Denied November 1, 2016

Court Below: Family Court of the State of Delaware, in and for New Castle Coun-

---

\* By Order dated March 31, 2016, the Court assigned pseudonyms to the parties. Del.

ty, File No. CN12-06785; Petition Nos. 13-23165, 14-14068.

**AFFIRMED.**

**Michael BROWN, Appellant Below-Appellant,**

v.

**PARKER'S EXPRESS, INC., Appellee Below-Appellee.**

**No. 156, 2016**

Supreme Court of Delaware.

Submitted: August 19, 2016

Decided: October 21, 2016

Rehearing En Banc Denied November 7, 2016

Court Below—Superior Court of the State of Delaware, C.A. No. N15A-06-009.

**AFFIRMED.**